IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORIO MEDINA, JOSE DAVID AGUILAR, WILMER GAVARRETE, ALBERTO PEREZ, JESUS QUINTO, GABRIEL VILLEDA, RICARDO ZUNIGA SAMANO, SIMEON AMAYA SORIANO, SERGIO CARRILLO, FRANCISCO SALINAS, individually and on behalf of all similarly situated persons, | § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-3093 |
| UTILIKON, LLC and CHAGNON DEAN EARLY, | § § § § | |
| Defendants. | § | |

**ORDER ON ENTRY OF DEFAULT AND
ENTERING FINAL DEFAULT JUDGMENT**

The plaintiffs' request for entry of default against the defendants, Utilikon LLC and Chagnon Dean Early, is granted. The clerk will enter default against Utilikon LLC and Chagnon Dean Early. The motion for default judgment filed by the plaintiffs, Gregorio Medina, Jose David Aguilar, Wilmer Gavarrete, Alberto Perez, Jesus Quinto, Gabriel Villeda, Ricardo Zuniga Samano, Simeon Amaya Soriano, Sergio Carrillo, and Francisco Salinas, against the defendants, Utilikon, LLC and Chagnon Dean Early, is granted. (Docket Entry No. 15). The motion, the declarations, and other evidence on file show that default has been entered because the defendants were served and failed to answer or otherwise appear.

The evidence supports entry of final judgment finding that the defendants are liable to each

1

of the plaintiffs for unpaid compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, in the following amounts:

- $ 21,923.36 in unpaid wages for Gregorio Medina;

- $ 7,154.16 in unpaid wages for Jose David Aguilar;

- $ 7,015.68 in unpaid wages for Wilmer Gavarete;

- $ 10,200.72 in unpaid wages for Alberto Perez;

- $ 16,847.76 in unpaid wages for Jesus Quinto;

- $ 14,493.60 in unpaid wages for Gabriel Villeda;

- $ 22,615.68 in unpaid wages for Ricardo Samano;

- $ 13,500.24 in unpaid wages for Simeon Soriano;

- $ 13,294.08 in unpaid wages for Sergio Carrillo;

- $ 21,602.00 in unpaid wages for Francisco Salinas;

- $ 21,923.36 in liquidated damages for Gregorio Medina;

- $ 7,154.16 in liquidated damages for Jose David Aguilar;

- $ 7,015.68 in liquidated damages for Wilmer Gavarete;

- $ 10,200.72 in liquidated damages for Alberto Perez;

- $ 16,847.76 in liquidated damages for Jesus Quinto;

- $ 14,493.60 in liquidated damages for Gabriel Villeda;

- $ 22,615.68 in liquidated damages for Ricardo Samano;

- $ 13,500.24 in liquidated damages for Simeon Soriano;

- $ 13,294.08 in liquidated damages for Sergio Carrillo;

- $ 21,602.00 in liquidated damages for Francisco Salinas;

- $ 6,082.50 for reasonable and necessary attorney's fees; and

- $540.00 for court costs.

Post judgment interest accrues at the rate of 2.02%.

SIGNED on February 28, 2018, at Houston, Texas.

                                                        _____
                                                                Lee H. Rosenthal
                                                        Chief United States District Judge